SLIP OPINION

Cite as 2015 Ark. 348

# SUPREME COURT OF ARKANSAS

No. D-15-757

| | |
|---|---|
| IN RE ANDREA LEA DAVIS, ARKANSAS BAR NO. 2008056 | **Opinion Delivered** October 1, 2015 |
| | PETITION TO SURRENDER ARKANSAS LAW LICENSE |
| | GRANTED. |

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of probable disbarment, of the law license of Andrea Lea Davis of Hot Springs, Arkansas. In her petition to voluntarily surrender her license to practice, filed with this court on September 21, 2015, Ms. Davis acknowledges that she pleaded guilty to the felony offense of unlawful use of a communication device and that as part of a plea agreement a manslaughter charge was nol-prossed. Ms. Davis also states that she wishes to avoid the expense, stress, and publicity of further addressing these matters.

The name of Andrea Lea Davis shall be removed from the registry of attorneys licensed by the State of Arkansas, and she is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.